UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Abdul-Aziz Rashid Muhammad, | File No. 19-cv-1750 (ECT/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| United States (FTCA), | |
| Defendant. | |

---

The Court has received the January 9, 2020 Report and Recommendation of United States Magistrate Judge David T. Schultz. ECF No. 12. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 12] is **ACCEPTED**;

2. Plaintiff's motion for an extension of time to pay the filing fee [ECF No. 11] is **DENIED**; and

3. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.


Dated: January 28, 2020

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court